**Order entered July 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00306-CV

### TYVON C. SMITH AND TAMARA J. SMITH, Appellants

### V.

### YELLOWFIN LOAN SERVICING CORP., AS SUCCESSOR IN INTEREST TO HOMETRUST MORTGAGE COMPANY, Appellee

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1156795**

### ORDER

Before the Court is appellee's July 21, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 29, 2021**.

/s/    KEN MOLBERG
        JUSTICE